CLARK HILL LLP
Bradford G. Hughes (SBN 247141)
bhughes@ClarkHill.com
Seta Sarabekian (SBN 299578)
ssarabekian@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Defendants, LEGENDZ ENTERTAINMENT LLC, CINEMATIC, LLC, DYLAN MARER, and ROGER RUIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA                JS-6

| | |
|---|---|
| CAM SPECIALTY LENDING 1 LTD., A CAYMAN ISLANDS LIMITED COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEGENDZ ENTERTAINMENT LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; CINEMATIC, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY; DYLAN MARER, AN INDIVIDUAL; KATELYN BROWN, AN INDIVIDUAL; ROGER RUIZ, AN INDIVIDUAL; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No. CV 23-6533-JFW(SSCx)<br><br>(Los Angeles Superior Court Case No. 23STCV12934)<br><br>**ORDER REGARDING STIPULATION RE: BINDING ARBITRATION IN LIEU OF JOINT STATEMENT RE: SCHEDULING CONFERENCE AND [PROPOSED] ORDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ORDER

This matter is stayed pending adjudication in the voluntary binding arbitration. Plaintiff and Defendants are ordered to engage in binding arbitration of this action under the auspices of JAMS, or any other arbitration provider that Plaintiff and Defendant may subsequently agree on. In the event that the Court declines to enter an order staying this action and ordering the parties to engage in binding arbitration, Plaintiff shall have an extension of its right to file a Motion to Remand this action to California state court, of up to fourteen (14) days following notice of the Court's decision.

The clerk shall administratively close this case.

**IT IS SO ORDERED.**

Date: September 11, 2023

*[signature]*

The Honorable Judge John F. Walter
United States District Judge